*18-000228858*

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

JOSEPH TAYLOR

PLAINTIFF(S)

VS.

METROPOLITAN LIFE INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT

CASE #: 18-CIV-23936
COURT: US DISTRICT COURT
COUNTY: SOUTHERN
DFS-SOP #: 18-000228858

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by PROCESS SERVER on Tuesday, September 25, 2018 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, September 27, 2018 to the designated agent for the named entity as shown below.

METROPOLITAN LIFE INSURANCE COMPANY
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080

Jimmy Patronis
Chief Financial Officer

RACHEL ALTERS
ATTORNEYS DELL AND SCHAFER CHARTERED
2404 HOLLYWOOD BLVD.
HOLLYWOOD, FL 33020

DR1