UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cv-23936-KMM-SIMONTON

JOSEPH TAYLOR,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendant.
_____/

**METROPOLITAN LIFE INSURANCE COMPANY'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Metropolitan Life Insurance Company states as follows:

Metropolitan Life Insurance Company is wholly owned by MetLife, Inc., which is a publicly traded corporation that has no parent corporation.

Dated: October 26, 2018

                                                  By: /s/ *Jeannine Jacobson*
                                                    Jeannine C. Jacobson / FBN 58777
                                                    Robinson & Cole LLP
                                                    777 Brickell Avenue, Suite 680
                                                    Miami, FL 33131
                                                    Telephone: 786-725-4120
                                                    Facsimile: 786-725-4121
                                                    E-mail: jjacobson@rc.com
                                                    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2018, a true and correct copy of the foregoing has been served by electronic filing through the CM/ECF system, which will send notice to the parties to this litigation as follows:

*Attorneys for Plaintiff*
Rachel Alters Esq.
Attorneys Dell and Schaefer, Chartered
2404 Hollywood Boulevard
Longwood, FL 33020
Telephone:  954-620-8300
Email:  rachel@diattorney.com

                                        */s/ Jeannine C. Jacobson*
                                        Jeannine C. Jacobson