UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CV-23936-KMM

JOSEPH TAYLOR,

    Plaintiff(s),

vs.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant(s).         /

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Joseph Taylor and Defendant, Metropolitan Life Insurance Company by and through their undersigned counsel and pursuant to Southern District of Florida *Local Rule* 16.2 (f)(2), *S.D. Fla. L. R.*, hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future.

DATED: December 27, 2018

| By: /s/ Rachel Alters | By: /s/ Jeannine C. Jacobson |
|---|---|
| ALEXANDER PALAMARA, ESQ. | JEANNINE C. JACOBSON ESQ. |
| Fla. Bar No. 106232 | Fla. Bar No. 058777 |
| DELL AND SCHAEFER CHARTERED | ROBINSON & COLE LLP |
| Attorneys for Plaintiff | Attorneys for the Defendant |
| 2404 Hollywood Boulevard | 777 Brickell Ave |
| Hollywood, FL 33020 | Miami, FL 33131 |
| Telephone: (954) 620-8300 | Telephone: (786) 725-4109 |
| Fax: (954) 922-6864 | Fax: (786) 725-4121 |
| rachel@diattorney.com | jjacobson@rc.com |